1  Joseph M. Marchini  #082427
   Elisabeth F. Tietjen  #258704
   **BAKER MANOCK & JENSEN, PC**
2  5260 North Palm Avenue, Fourth Floor
   Fresno, California 93704
3  Telephone:  559.432.5400
   Facsimile:  559.432.5620
4

5  Attorneys for Defendants, AMERICAN CAPITAL, LTD. and FRUIT PATCH, INC.

6

7                     UNITED STATES DISTRICT COURT

8                     EASTERN DISTRICT OF CALIFORNIA

9

10 | STRATEGIC ADVANTAGE, INC., | ) Case No. 1:10-CV-00185-OWW-GSA |
11 |                            | ) **STIPULATION OF DISMISSAL AND** |
   |           Plaintiff,       | ) **ORDER** |
12 |         v.                 | ) |
   |                            | ) **[F. R. Civ. P. 41(a)(1)]** |
13 | FRUIT PATCH, INC., AND AMERICAN | ) |
   | CAPITAL, LTD.,             | ) |
14 |                            | ) |
   |          Defendants        | ) |
15 |                            | ) |

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1
STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action and through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: June 28, 2010.

/s/ William J. Mavity
William J. Mavity, Esq.
Attorneys for Plaintiff STRATEGIC ADVANTAGE, INC.

DATED: June 28, 2010.        BAKER MANOCK & JENSEN, PC

/s/ Joseph M. Marchini
Joseph M. Marchini
Elisabeth F. Tietjen
Attorneys for FRUIT PATCH, INC., and AMERICAN CAPITAL, LTD.

IT IS SO ORDERED.

Dated:  **June 28, 2010**        **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

2
STIPULATION AND ORDER OF DISMISSAL